IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| James R. Dahlka, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNUM Life Insurance Company of America and )<br>Illinois Tools Works, Inc. )<br>)<br>Defendants. ) | Case No. 17-cv-245-bbc<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that James R. Dahlka, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the opinion and order of the Court entered in this action on the 12th day of June, 2018 (Dkt. #27) and the final judgment entered in this action on the 12th day of June, 2018 (Dkt. #28).

Respectfully submitted this 11th day of July, 2018.

By */s/*Matthew A. Biegert

Matthew A. Biegert (WI Bar #1000368)
Mackenzie E. Campbell (WI Bar #1098324)
Attorneys for Plaintiff
DOAR, DRILL & SKOW, S.C.
103 North Knowles Avenue
P.O. Box 388
New Richmond, WI 54017
Tel. No.: (715) 246-2211
Fax No.: (715) 246-4405
Email: mbiegert@doardrill.com
Email: mcampbell@doardrill.com